## FRANCISCO JIMENEZ *v.* COMMISSIONER OF CORRECTION
### (AC 29973)

Beach, Alvord and Peters, Js.

Submitted on briefs September 25—officially released October 20, 2009

Per Curiam. The appeal is dismissed.

## CHARLES W. COLEMAN *v.* COMMISSIONER OF CORRECTION
### (AC 30169)

Beach, Robinson and Schaller, Js.

Argued September 21—officially released October 20, 2009

Per Curiam. The appeal is dismissed.

## NORTHERN CITY, LLC *v.* 259 GROVE STREET, LLC, ET AL.
### (AC 30323)

Gruendel, Harper and Robinson, Js.

Submitted on briefs September 22—officially released October 20, 2009

Per Curiam. The judgment is affirmed.